IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01429-REB-BNB

JASON SZABO,

Plaintiff,

v.

WORLDWIDE RECOVERIES, LLC, d/b/a PR & Associates, and
LEE GIBBONS,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Plaintiff's Unopposed Motion to Amend the Complaint** [docket no. 11, filed September 8, 2014] (the "Motion").

      IT IS ORDERED that the Motion is GRANTED and the Clerk of the Court is directed to accept for filing the Amended Complaint.

DATED:  September 9, 2014