IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01429-REB-BNB

JASON SZABO,

Plaintiff,

v.

WORLDWIDE RECOVERIES, LLC, d/b/a PR & Associates, and
LEE GIBBONS,

Defendants.

---

## MINUTE ORDER
---

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

  This matter is before the Court on the **Stipulated Motion to Amend the Scheduling Order and Extend Discovery Cutoff Date and Dispositive Motion deadline** [docket no. 18, filed October 1, 2014] (the "Motion").

  IT IS ORDERED that the Motion is GRANTED.  The discovery cut-off is extended to and including **December 31, 2014,** and the dispositive motion deadline is extended to and including **January 30, 2015**.


DATED:  October 2, 2014