**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 14-cv-01429-REB-NYW

JASON SZABO,

      Plaintiff,

v.

WORLDWIDE RECOVERIES, LLC, d/b/a PR & ASSOCIATES, and
LEE GIBBONS,

      Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

      The matter before me is the **Stipulation For Dismissal** [#24][1] filed February 10, 2015. After careful review of the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

      **THEREFORE, IT IS ORDERED** as follows:

      1. That the **Stipulation For Dismissal** [#24] filed February 10, 2015, is **APPROVED**;

      2. That the combined Final Pretrial Conference and Trial Preparation Conference set June 19, 2015, is **VACATED**;

      3. That the jury trial set to commence July 6, 2015, is **VACATED**; and

      4. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay

---

[1] "[#24]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

2

their own attorney fees and costs.

Dated February 10, 2015, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge

2